# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TIMOTHY REEVES

v.                                    CASE NO. 4:12cv00581 JMM

PULASKI COUNTY, et al

## ORDER

The above case was filed September 10, 2012. The Court has had no contact with the Plaintiff since the initial filing. All orders mailed to Plaintiff have been returned by the U. S. Postal Service.

Pursuant Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

Based on Plaintiff's failure to monitor his case and comply with the Rules of this Court, Plaintiff's complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 19th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE