IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY REEVES**                                                                    **PLAINTIFF**

vs.                                 No. 4:012CV00581-JM

**PULASKI COUNTY, ET AL**                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED on this 31st day of March, 2014.

_____
James M. Moody, Jr.
United States District Judge